In the Matter of RICHARD P. LIMBURG, Respondent, against CARROL M. SNYDER, Appellant.

Argued March 15, 1938; decided April 12, 1938.

*Charles H. Griffiths, Gordon Miller* and *Walter W. Westall* for appellant.

*Charles Z. Medalie* and *Julius Weiss* for petitioner, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.